United States District Court
Southern District of Texas

**ENTERED**

January 07, 2025

Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| JYHEIM DILLON,<br>*Plaintiff,* | § § § | |
| V. | § § | CIVIL ACTION NO. 4:24cv1253 |
| TUSHIG, INC. AND JOHN DOE,<br>*Defendants.* | § § § | |

### DEFAULT JUDGMENT

In accordance with the Order Adopting Memorandum and Recommendation this Court enters Judgment by default against Defendant Tushig, Inc. and in favor of Plaintiff. It is **ORDERED** that this Court awards Plaintiff the following:

Past Medical Loss: $2,316.84

Past Lost Wages: $24,480.00

Past and Future Pain and Suffering: $70,000.00

Past and Future Mental Anguish: $20,000

It is further **ORDERED** that this Court awards Plaintiff prejudgment interest on the award of $116,796.84 at the applicable federal rate[1] from April 4, 2024, until the date of entry of final judgment:

Prejudgment Interest: $6,671.81

Totaling: $123,468.65

**SIGNED** at Houston, Texas this 7th day of January, 2025.

_____

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The current prejudgment interest rate is 7.50 percent per annum. *See* Selected Interest Rates (Daily) - H.15, https://www.federalreserve.gov/releases/h15/ (last visited Jan. 7, 2025).