United States District Court
Southern District of Texas
**ENTERED**
March 14, 2025
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| JYHEIM DILLON,<br>*Plaintiff,*<br><br>V.<br><br>TUSHIG, INC. AND JOHN DOE,<br>*Defendants* | §<br>§<br>§<br>§   CIVIL ACTION NO. 4:24cv1253<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING MAGISTRATE JUDGE'S
## MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated February 26, 2025 (Dkt. 30) and no party having filed objections thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this Court.

It is, therefore, **ORDERED** that the Magistrate Judge's Memorandum and Recommendation (Dkt. 30) is hereby **ADOPTED** by this Court.

It is further **ORDERED** that Defendant Tushig, Inc.'s Motion to Set Aside Default Judgment and Motion for Extension to File Original Answer (Dkt. 27) is **GRANTED** and the previously entered Default Judgment (Dkt. 23) is hereby **VACATED**.

It is further **ORDERED** that Defendant Tushig, Inc. is **ORDERED** to file an answer to Plaintiff's Complaint within twenty-one (21) days of this Order.

**SIGNED** at Houston, Texas this 14th day of March, 2025.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE